PROB 12C
(6/16)

Report Date: March 6, 2019

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Daniel Ruesga                Case Number: 0980 2:17CR00191-RMP-1

Address of Offender:                Ephrata, Washington 98823

Name of Sentencing Judicial Officer:  The Honorable Marilyn L. Huff, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 13, 2015

| | |
|---|---|
| Original Offense: | Count 1: Importation of Methamphetamine, 21 U.S.C. § 952, 960 |
| | Count 2: Importation of Heroin, 21 U.S.C. § 952, 960 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | AUSA | Date Supervision Commenced: | July 14, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | July 13, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Ruesga is alleged to have failed to attend his drug and alcohol treatment program for the entire month of February 2019.<br><br>On July 18, 2017, Mr. Ruesga signed the waiver of hearing to modify conditions of supervised release by adding that he must undergo a substance abuse evaluation and if indicated, enter into and successfully complete a substance abuse treatment program. The modification was approved by the Court on October 13, 2017.<br><br>Mr. Ruesga was referred to Grant Integrated Services for drug and alcohol treatment. Mr. Ruesga is scheduled to attend weekly group sessions in addition to biweekly individual |

Prob12C
**Re: Ruesga, Miguel Daniel**
**March 6, 2019**
**Page 2**

        counseling. Mr. Ruesga failed to report to Grant Integrated Services for drug and alcohol treatment during the month of February 2019.

2        **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

        **Supporting Evidence**: Mr. Ruesga is alleged to have used methamphetamine on or before February 26, 2019.

        On May 4, 2017, supervised release conditions were reviewed and signed by Mr. Ruesga acknowledging his understanding of mandatory condition number 4, which prohibits him from using a controlled substance.

        On February 27, 2019, Mr. Ruesga was confronted regarding his failure to attend his drug and alcohol treatment program and his failure to submit to random drug testing. Mr. Ruesga then admitted having personal problems that lead him to drug use. Mr. Ruesga admitted having used methamphetamine on February 26, 2019.

3        **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Ruesga is alleged to have failed to submit to a random urinalysis testing on February 26 and 28, 2019.

        On July 18, 2017, Mr. Ruesga signed the waiver of hearing to modify conditions of supervised release by adding he must abstain from the use of illegal controlled substances, and submit to random urinalysis testing. The modification was approved by the Court on October 13, 2017.

        Mr. Ruesga was referred to Social Treatment Opportunity Programs (STOP) for random drug testing using the color line system. Mr. Ruesga is required to test at least two times per month using this color system. Mr. Ruesga failed to report to STOP for random drug testing on February 26 and 28, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 6, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
**Re: Ruesga, Miguel Daniel**
**March 6, 2019**
**Page 3**

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

*(signed)*

Signature of Judicial Officer

3/6/2019

Date