PROB 12C
(6/16)

Report Date: March 13, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Daniel Ruesga      Case Number: 0980 2:17CR00191-RMP-1

Address of Offender:      Ephrata, Washington 98823

Name of Sentencing Judicial Officer: The Honorable Marilyn L. Huff, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 13, 2015

Original Offense:      Count 1: Importation of Methamphetamine, 21 U.S.C. § 952, 960
                         Count 2: Importation of Heroin, 21 U.S.C. § 952, 960

Original Sentence:      Prison - 24 months         Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     AUSA                  Date Supervision Commenced: July 14, 2017

Defense Attorney:      Federal Defenders Office     Date Supervision Expires: July 13, 2020

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 6, 2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

                     **Supporting Evidence**: Mr. Ruesga is alleged to have used methamphetamine on or before March 11, 2019.

                     On May 4, 2017, supervised release conditions were reviewed and signed by Mr. Ruesga acknowledging his understanding of mandatory condition number 4, which prohibits him from using a controlled substance.

                     On March 12, 2019, a home visit was conducted for the purpose of collecting a urine sample for a drug screen. Mr. Ruesga stated he had just gone to the bathroom prior to this officer's arrival. Mr. Ruesga had a scheduled drug and alcohol assessment within the hour at Grant Integrated Services in Moses Lake, Washington. He was directed to attend his appointment

and to wait for this officer at the facility to submit to a drug screen. While meeting with Mr. Ruesga and his counselor at Grant Integrated Services, the offender admitted having consumed methamphetamine the day prior. Mr. Ruesga signed the admission denial form admitting to the use of methamphetamine on March 11, 2019.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/13/2019

Date