PROB 12C
(6/16)

Report Date: October 7, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Daniel Ruesga   Case Number: 0980 2:17CR00191-RMP-1

Address of Offender:   Ephrata, Washington 98823

Name of Sentencing Judicial Officer:  The Honorable Marilyn L. Huff, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 13, 2015

| | |
|---|---|
| Original Offense: | Count 1: Importation of Methamphetamine, 21 U.S.C. §§ 952, 960<br>Count 2: Importation of Heroin, 21 U.S.C. §§ 952, 960 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | July 14, 2017 |
| Defense Attorney: | Houston Goddard | Date Supervision Expires: | July 13, 2020 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 6 and 13, 2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mr. Ruesga is alleged to have used methamphetamine on or before August 29, 2019.<br><br>On May 4, 2017, supervised release conditions were reviewed and signed by Mr. Ruesga acknowledging his understanding of mandatory condition number 4, which prohibits him from using a controlled substance.<br><br>On August 29, 2019, Mr. Ruesga submitted to a drug screen that later confirmed positive for the presence of methamphetamine by Cordant Health Solutions. Mr. Ruesga was confronted regarding his illegal drug use. His explanation was that he was given a vape cartridge that contained the substance unbeknownst to him. |

Prob12C
**Re: Ruesga, Miguel Daniel**
**October 7, 2019**
**Page 2**

| | |
|---|---|
| 6 | **Special Condition #15**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Ruesga is alleged to have failed to attend drug and alcohol treatment at Social Treatment Opportunity Programs (STOP) on September 17, and October 1, 2019.

On July 18, 2017, Mr. Ruesga signed a waiver of hearing to modify his conditions of supervised release to include special condition number 15 as noted above. The modification was approved by the Court on October 13, 2017.

Mr. Ruesga is scheduled to attend weekly group sessions at STOP. However, per staff at STOP, Mr. Ruesga failed to attend his scheduled group sessions on September 17, and October 1, 2019.

| | |
|---|---|
| 7 | **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Ruesga is alleged to have failed to submit to random urinalysis testing on September 17, and October 1, 2019.

On July 18, 2017, Mr. Ruesga signed a waiver of hearing to modify his conditions of supervised release to include special condition number 16 as noted above. The modification was approved by the Court on October 13, 2017

Mr. Ruesga was referred to STOP for random drug testing using the color line system. Mr. Ruesga is required to test three times per month using the color code system. Mr. Ruesga failed to report to STOP for random drug testing on September 17, and October 1, 2019.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 7, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
**Re: Ruesga, Miguel Daniel**
**October 7, 2019**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [X]  The Issuance of a Summons
- [ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

*[signature]*

Signature of Judicial Officer

10/7/2019

Date