# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Daniel Ruesga     Case Number: 0980 2:17CR00191-RMP-1

Address of Offender:     Washington 98823

Name of Sentencing Judicial Officer: The Honorable Marilyn L. Huff, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 13, 2015

Original Offense:     Count 1: Importation of Methamphetamine, 21 U.S.C. §§ 952 and 960
                       Count 2: Importation of Heroin, 21 U.S.C. §§ 952 and 960

Original Sentence:     Prison - 24 months;     Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:     James Goeke     Date Supervision Commenced: July 14, 2017

Defense Attorney:     J Houston Goddard     Date Supervision Expires: July 13, 2020

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 6 and 13, 2019 and October 7, 2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mr. Ruesga is alleged to have used methamphetamine on or before October 9, 2019.<br><br>On May 4, 2017, supervised release conditions were reviewed and signed by Mr. Ruesga acknowledging his understanding of mandatory condition number 4, which prohibits him from using a controlled substance.<br><br>On October 9, 2019, Mr. Ruesga submitted to urinalysis testing that was later confirmed positive for the presence of methamphetamine by Cordant Health Solutions. Mr. Ruesga was confronted regarding his illegal drug use; however, he denied using the controlled substance. Mr. Ruesga stated his last use of methamphetamine was when he tested positive |

after smoking from a vape pipe on or before August 29, 2019. Mr. Ruesga further claimed he did not know how the substance got into his body.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 25, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/4/2019

Date