PROB 12C
(6/16)

Report Date: February 21, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Daniel Ruesga       Case Number: 0980 2:17CR00191-RMP-1

Address of Offender:                          Washington 98823

Name of Sentencing Judicial Officer:  The Honorable Marilyn L. Huff, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 13, 2015

Original Offense:     Count 1: Importation of Methamphetamine, 21 U.S.C. §§ 952 and 960
                      Count 2: Importation of Heroin, 21 U.S.C. §§ 952 and 960

Original Sentence:    Prison - 24 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  James Goeke                   Date Supervision Commenced: July 14, 2017

Defense Attorney:     J Houston Goddard             Date Supervision Expires: July 13, 2020

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 6, 2019, March 13, 2019, October 7, 2019, and November 4, 2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.<br><br>**Supporting Evidence**: Miguel Daniel Ruesga is alleged to have used methamphetamine on or before January 16, 2020.<br><br>On May 4, 2017, supervised release conditions were reviewed and signed by Mr. Ruesga, acknowledging his understanding of the mandatory condition noted above, which prohibits him from using a controlled substance.<br><br>On January 16, 2020, Miguel Daniel Ruesga submitted a urine sample at Social Treatment Opportunity Programs in Moses Lake, Washington, which tested presumptive positive for |

Prob12C
**Re: Ruesga, Miguel Daniel**
**February 21, 2020**
**Page 2**

    methamphetamine. The sample was confirmed positive for methamphetamine on January 22, 2020, through Alere Toxicology Services.

    On January 22, 2020, this officer asked Mr. Ruesga about his positive drug test. The offender adamantly denied using any illegal controlled substance. Mr. Ruesga stated he did not know how the illegal substance entered his body, but disclosed he used an over the counter sexual enhancement pill and thought it could have caused the positive drug test.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 21, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/24/2020
Date